■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEVON BROWN, Appellant. [671 NYS2d 350] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Aiello, J.), rendered May 2, 1996, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD BROWN, Appellant. [671 NYS2d 342] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered September 5, 1995, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his contention that reversal is required because of the admission of testimony, *inter alia*, that there had been a prior altercation between the defendant and the victim (*see,* CPL 470.05; *People v Udzinski,* 146 AD2d 245). In any event, the court did not err in admitting such testimony into evidence (*see, People v Hudy,* 73 NY2d 40, 55; *People v Molineux,* 168 NY 264; *People v Bowden,* 157 AD2d 789). Any potential prejudice was mitigated by the limiting instructions that were given at the time of the admission of the testimony (*see, People v Berg,* 59 NY2d 294; *People v Baez,* 197 AD2d 527).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Ritter, J. P., Sullivan, Krausman and Luciano, JJ., concur.